**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DEANGELA ROBERSON                          §
                                                    §   Case No.: 09-16170
                                                    §
                                                    §
                                                    §
         Debtor(s)                                  §
------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

  1) The case was filed on 05/04/2009.

  2) This case was confirmed on 06/29/2009.

  3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

  4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/04/2010.

  5) The case was dismissed on 08/23/2010.

  6) Number of months from filing to the last payment:  14

  7) Number of months case was pending:  19

  8) Total value of assets abandoned by court order:  NA

  9) Total value of assets exempted: $     7,950.00

  10) Amount of unsecured claims discharged without payment $     .00

  11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 7,960.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 7,960.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 541.95 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 541.95 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSUMER PORTFOLIO S | SECURED | 4,500.00 | 4,411.27 | 4,411.27 | 1,160.34 | 197.68 |
| US BANK NA | SECURED | 14,450.00 | 17,779.65 | 17,579.00 | 4,384.63 | 794.30 |
| US BANK NA | UNSECURED | 3,129.16 | .00 | 200.65 | .00 | .00 |
| A & S COLLECTION AGE | UNSECURED | 8,753.85 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 701.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 514.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 507.11 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 1,825.00 | NA | NA | .00 | .00 |
| BOYAJIAN LAW OFFICES | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| CARDIAC CONSULTING G | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 311.08 | 261.08 | 261.08 | .00 | .00 |
| COMCAST | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| CONSULTANT IN PATHOL | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COUNTY OF COOK | UNSECURED | 128.88 | NA | NA | .00 | .00 |
| ECHO LTD | UNSECURED | 387.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL HO | UNSECURED | 251.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 700.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EMERGENCY PHYSICIANS | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| EQUITY & CAPTIAL | UNSECURED | 2,290.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| FLOSSMOORE FIRE DEPA | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 825.10 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 2,395.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 641.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 166.00 | 166.79 | 166.79 | .00 | .00 |
| MEDICAL RECOVERY SPE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| MUNCIPAL COLLECTION | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 527.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | .00 | NA | NA | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 940.35 | NA | NA | .00 | .00 |
| UNIVERSITY PLAZA | UNSECURED | .00 | NA | NA | .00 | .00 |
| RADIOLOGY CENTER ADV | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| REVENUE CYCLE SOLUTI | UNSECURED | .00 | NA | NA | .00 | .00 |
| REVENUE CYCLE SOLUTI | UNSECURED | 379.25 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 166.79 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 379.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 9,715.00 | NA | NA | .00 | .00 |
| SOUTH EMERGENCY PHYS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 8,140.28 | 16,289.36 | 16,289.36 | 791.70 | .00 |
| TRUSTMARK RECOVERY S | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 576.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 1,095.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 615.07 | NA | NA | .00 | .00 |
| WOMENS HEALTH CONSUL | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 940.35 | 940.35 | 35.83 | .00 |
| B-REAL LLC | UNSECURED | NA | 405.00 | 405.00 | 15.43 | .00 |
| US BANK NA | UNSECURED | .00 | 1,000.85 | 1,000.85 | 38.14 | .00 |
| VILLAGE OF MIDLOTHIA | UNSECURED | NA | 250.00 | 250.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 21,990.27 | 5,544.97 | 991.98 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 21,990.27 | 5,544.97 | 991.98 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 19,514.08 | 881.10 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 541.95 |
| Disbursements to Creditors | $ | 7,418.05 |
| **TOTAL DISBURSEMENTS:** | $ | 7,960.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/18/2010                                   /s/ Tom Vaughn
                                                                     Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**